# EXHIBIT B

Electronically Filed - ST LOUIS COUNTY - April 02, 2025 - 09:47 AM

# PROOF OF SERVICE

NAME OF PERSON TO BE SERVED: THE HOME DEPOT INC.

CASE NUMBER: 24SL-CC07739

DATE SERVED: 3-20-25 TIME SERVED: 8:50 A.m.

Place where served: 221 Bolivar St. Jefferson City Mo.

NAME OF SERVER: Rufus R. Harmon TITLE: INVESTIGATOR

Paper served: Summons and Complaint Subpoena Other

√ CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE √

[X] Served personally upon Shelley Lewis Sex: F Race: white Age: 51

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

Sex: Race: Age:

*Further, I do hereby certify that I have deposited in the United States Postal Mail Box, a copy of the documents in a sealed envelope with postage fully prepaid, addressed to the individual to be served.* **Date mailed:** ____/____/____

[ ] Other (specify)

[ ] NON SERVICE (specify)

## DECLARATION OF SERVER

I declare under penalty of the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 3-20-25
Date

Rufus R. Harmon
Signature of Server

Hurst Investigation Services, Inc.
144 Lincoln Place Court – Suite-4
Belleville, IL 62221

Illinois Detective Agency
License # 117-001248

Subscribed and sworn to before me this 24 day of march , 2025

ALYSSA MONTANA SULLIVAN
Notary Public - Notary Seal
Callaway County - State of Missouri
Commission Number 24084315
My Commission Expires Apr 24, 2028

[signature]
Notary Public

**Date and time of attempts**

Attempts to serve:

**Additional Information:**

3/19/2025 - DOH

Electronically Filed - ST LOUIS COUNTY - April 02, 2025 - 09:47 AM

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>HEATHER RENE CUNNINGHAM | Case Number: **24SL-CC07739** | |
| Plaintiff/Petitioner:<br>EMAMI BARZIN<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES JOHN BARICEVIC<br>SUITE 1<br>107 WEST MAIN STREET<br>BELLEVILLE, IL 62220 | |
| Defendant/Respondent:<br>THE HOME DEPOT, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Tort | | |

**The State of Missouri to: THE HOME DEPOT, INC.**
**Alias:**

**CSC LAWYERS INC SERV CO**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO 65101**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

18-MAR-2025
Date

/S/ Adam Dockery
Clerk

**Further Information:**
AD

Electronically Filed - ST LOUIS COUNTY - April 02, 2025 - 09:47 AM

Case Number: 24SL-CC07739

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to: Shelley Lewis (name) Authorized Agent (title).

☐ other: ______________________.

Served at 221 Bolivar St. Jefferson City Mo. (address) in Cole (County/City of St. Louis), MO, on 3-20-25 (date) at 8:50 A.m. (time).

Rufus R. Harmon — Printed Name of Officer or Server

Rufus R. Harmon — Signature of Officer or Server

KELSEY SCHRIMPF
Notary Public, Notary Seal
State of Missouri
Cole County
Commission # 23381805
My Commission Expires 08-14-2027
(Seal)

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on 3/23/25 (date).
My commission expires: 8/14/27 (Date) Kelsey Schrimpf (Notary Public)

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $________ |
| Non Est | $________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $________ (______ miles @ $.______ per mile) |
| **Total** | $________ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.